Emma J. Ellis, Respondent, v. The Burt Olney Canning Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Sewell, J., not sitting.

Gabriel Fortune, by Mary Fortune, as Guardian ad Litem, v. William H. Hall. — Motion denied.

James Green and Others, Appellants, v. Charles F. W. Horn, Respondent. — Judgment and order unanimously affirmed, with costs. No opinion.

High Falls Pulp Company, Appellant, v. William Johnston, Sr., and William Johnston, Jr., Doing Business as Chateaugay Pulp Company, Respondents. — Judgment and order unanimously affirmed, with costs. No opinion.

Lucy A. Jefferson, Appellant, v. Loren B. Bangs and Others, Respondents. — Judgment unanimously affirmed, with costs. No opinion. Sewell, J., not sitting.

Arthur G. Leach, Appellant, v. International Paper Company, Respondent. — Judgment affirmed, with costs. No opinion. All concurred.

Mary E. Martine, as Administratrix, etc., of Godfrey R. Martine, Deceased, v. Hudson Valley Railway Company. — Motion denied.

In the Matter of the Application of Alvin L. Baker, Respondent, to Lay Out a Highway in the Town of Roxbury, Delaware County, N. Y., and to Assess Damages Therefor. John M. Cronk, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

In the Matter of the Final Judicial Settlement of the Accounts of Margaret M. Case, as Administratrix, etc., of Joseph W. Case, Deceased. — Motion denied.

In the Matter of the Final Judicial Settlement of Account of Proceedings of George W. Russell and Frederick T. Russell, as Executors, etc., of William F. Russell, Deceased, Appellants. Irving Russell and Others, Respondents. — Decree unanimously affirmed, with costs. No opinion.

Edward P. Mullen, Respondent, v. J. J. Quinlan & Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion.

Jeremiah O'Leary and Patrick O'Leary, Respondents, v. Horace H. Hubbell, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. A. Bleecker Banks, Appellant. — Judgment unanimously affirmed, with costs. No opinion.

The People of the State of New York ex rel. John H. Deister, Appellant, v. Thomas J. Wintermute, Respondent. — Motion denied.

The People of the State of New York ex rel. Powers & Mansfield Company, Respondent, v. Henry Schneider, as Commissioner of Public Works of the City of Troy, Appellant. — Judgment unanimously affirmed, with costs. No opinion.

Roswell W. Post, Appellant, v. The State of New York, Respondent. — Judgment unanimously affirmed, with costs. No opinion.

Jessie M. Van Alstine, Respondent, v. The State of New York, Appellant. — Judgment unanimously affirmed, with costs. No opinion.

Willard C. Wagner, Respondent, v. Hudson Valley Railway Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion.